**DOCTOR'S HOSPITAL AUGUSTA, Assignee of Candace A. Murray, Deceased, Plaintiff–Appellant,**

v.

**HORTON HOMES, INC., Defendant–Cross Defendant–Appellee,**

**ACS Benefit Services, Inc., J. Smith Lanier and Co. Administrators, Inc., Defendants–Cross Claimants.**

No. 06–12029.

United States Court of Appeals, Eleventh Circuit.

Jan. 24, 2007.

William D. Barwick, Valerie S. Sanders, Sutherland, Asbill & Brennan, LLP, Atlanta, GA, for Plaintiff–Appellant.

R. Carl Cannon, Constangy, Brooks & Smith, Atlanta, GA, for Defendant–Appellee.

---

Before ANDERSON and BARKETT, Circuit Judges, and STROM,* District Judge.

PER CURIAM:

After oral argument and careful consideration, we conclude that the district court is due to be affirmed because plaintiff has not proved that the decision of the plan administrator was wrong. The evidence before the decision-maker clearly indicated that Candace was not "principally dependent" on her father, the covered employee.

Accordingly, the judgment of the district court is

AFFIRMED.